**Anh D. NGUYEN, Plaintiff–Appellant,**

v.

**Patrick R. DONAHOE, General Postmaster, United States Postal Service, Defendant–Appellee.**

No. 14–1865.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 22, 2015.

Decided: Jan. 26, 2015.

Anh D. Nguyen, Appellant Pro Se. Benjamin Todd Hickman, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anh D. Nguyen appeals the district court's order denying relief on his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Nguyen v. Donahoe,* No. 1:13–cv–01386–JCC–TCB (E.D.Va., June 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*